PAUL T. TRIMMER
State Bar No. 9291
trimmerp@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOYCE ROBINS,<br><br>          Plaintiff,<br><br>     v.<br><br>NEXTEL OF CALIFORNIA, INC., a Delaware corporation,<br><br>          Defendant. | Case No.: 2:13-cv-0266-GMN-PAL<br><br>**DEFENDANT'S MOTION TO EXCEED PAGE LIMITATIONS FOR ITS MOTION FOR SUMMARY JUDGMENT AND REQUEST TO WITHDRAW DKT. #33 (DEFENDANT'S MOTION TO EXCEED PAGE LIMITATION FOR ITS MOTION FOR SUMMARY JUDGMENT)**<br><br>**AND ORDER** |

Nextel of California, Inc. (hereinafter referred to as "Nextel" or "Defendant") hereby moves the Court for an order permitting the filing of its Motion for Summary Judgment which exceeds the thirty page limit set forth in Local Rule 7-4.

The Court may allow briefs and motions in excess of this limitation when there is good cause. *See* LR 7-4. Defendant submits that there is good cause in this case. There are several communications that are addressed in the motion. There are also a number of important sections of deposition testimony. In both cases, for the convenience of the Court, Defendant has quoted those documents or lines of testimony, rather than requiring the Court to look through the record. Properly formatted quotations require a significant amount of space. As a result, In order to fully address all of these issues, Defendant's Motion is approximately thirty-seven pages including the

-1-

JACKSON LEWIS P.C.
LAS VEGAS

Table of Contents and Table of Authorities.

This request is made in good faith. Pursuant to Local Rule 7-4, a table of contents and a table of authorities has also been prepared and is included in Defendant's Motion for Summary Judgment. Accordingly, for the reasons set forth above, Defendant request that the Court grant its request pursuant to LR 7-4.

Defendant also requests that its Motion to Exceed Page Limitations for its Motion for Summary Judgment filed on December 5, 2013 (Dkt. #33) erroneously filed as an Ex Parte Motion be withdrawn.

Dated this 16th day of December, 2013.

JACKSON LEWIS P.C.

/s/ Paul T. Trimmer
Paul T. Trimmer
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
*Attorneys for Defendant*
*Nextel of California, Inc.*

## ORDER

**IT IS HEREBY ORDERED** that Defendant's Motion to Exceed Page Limitations for Its Motion for Summary Judgment and Request to Withdraw Dkt. #33 is **GRANTED**. Defendant is permitted to exceed the 30 page limit set forth in Local Rule 7-4, and file its Motion for Summary Judgment with approximately 37 pages, including the Table of Contents and Table of Authorities.

**IT IS FURTHER ORDERED** that Defendant's request to withdraw ECF No. 33, Motion to Exceed Page Limitations for Its Motion for Summary Judgment, erroneously filed as an *ex parte* motion on December 5, 2013, is **GRANTED**.

**DATED** this 5th day of March, 2014.

Gloria M. Navarro, Chief Judge
United States District Court